# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**In re: Celebrity Resorts, LLC, Debtor**

**NEIL MEYERS, DEREK C. MEYERS, and DYLAN B. MEYERS,**

                **Appellants,**

**-vs-**                                  **Case No. 6:11-cv-373-Orl-31**

**CELEBRITY RESORTS, LLC,**

                **Appellee.**

## ORDER

It is hereby ORDERED that this case is transferred to the Honorable Mary S. Scriven, pursuant to Local Rule 1.04(b) and with her consent, to be considered with *Meyers v. Meyers*, Case No. 6:11-cv-151-MSS.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on April 20, 2011.

                                                    GREGORY A. PRESNELL
                                                    UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party